**DISMISS; and Opinion Filed July 11, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00359-CV

### TRISTIAN JOHNSON, Appellant
### V.
### MEADOW WOOD APARTMENTS, Appellee

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-14-00789-D**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Lang-Miers, and Justice Brown
Opinion by Justice Brown

The clerk's record in this case is overdue. By letter dated April 24, 2014, we informed appellant that the Dallas County Clerk had notified the Court that the clerk's record had not been filed because appellant had not paid for or made arrangements to pay for the clerk's record. We directed appellant to file written verification that he had paid for or made arrangements to pay for the clerk's record or that he had been found entitled to proceed without payment of costs. We cautioned appellant that if he did not file the required documentation within ten days, we might dismiss the appeal without further notice. To date, the clerk's record has not been filed, appellant has not provided the required documentation, nor has he otherwise corresponded with the Court regarding the status of the clerk's record.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 37.3(b).


/Ada Brown/
ADA BROWN
JUSTICE


140359F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

TRISTIAN JOHNSON, Appellant

No. 05-14-00359-CV        V.

MEADOW WOOD APARTMENTS,
Appellee

On Appeal from the County Court at Law
No. 4, Dallas County, Texas
Trial Court Cause No. CC-14-00789-D.
Opinion delivered by Justice Brown.  Chief
Justice Wright and Justice Lang-Miers
participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee MEADOW WOOD APARTMENTS recover its costs of this appeal from appellant TRISTIAN JOHNSON.

Judgment entered this 11th day of July, 2014.